## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

*Valerie Fernandez v. Bayer Corporation, et al.*   No. 11-cv-11022-DRH

*Jane Hill v. Bayer Corporation, et al.*                  No. 10-cv-11732-DRH

*Roxanne Tyler v. Bayer Corporation, et al.*           No. 13-cv-10722-DRH

*Lucinda B. Haynes, et al. v. Bayer HealthCare*   No. 11-cv-13350-DRH
*Pharmaceuticals Inc., et al.*

*Wendy Kinsella, et al. v. Bayer HealthCare*          No. 11-cv-13284-DRH
*Pharmaceuticals Inc., et al.*


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 5, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:**  __/s/*Caitlin Fischer*__
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.06.08
14:00:19 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT